IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTINA A. ARGYROPOULOS,**

**Plaintiff,**

**v.**

**CITY OF ALTON, an Illinois Municipal
Corporation, STEVEN DUTY, Individually,
CHRIS SULLIVAN, Individually, and
TIM BOTTERBUSH, Individually,**

**Defendants.**                                   No. 03-CV-0810-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court are Plaintiff's *pro se* motion for extension of time to retain counsel (Doc. 46), Defendants' response to Plaintiff's motion (Doc. 47) and Defendants' motion to dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (Doc. 48).  The Court **GRANTS** Plaintiff's *pro se* motion and **ALLOWS** her up to and including August 30, 2005 to have counsel enter an appearance in this matter.  The Court **STAYS** the discovery deadlines until Plaintiff's representation issue is resolved.  Further, the Court **DENIES** Defendants' motion to dismiss (Doc. 48).  While Defendants' recitation of the procedural history is correct,

the Court finds that dismissal with prejudice is a harsh sanction and the Court chooses not to penalize Plaintiff for the conduct of her past lawyers.

**IT IS SO ORDERED.**

Signed this 19th day of July, 2005.

<u>/s/    David RHerndon</u>
**United States District Judge**