IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTINA A. ARGYROPOULOS,

Plaintiff,

v.

CITY OF ALTON, an Illinois Municipal
Corporation, STEVEN DUTY, Individually,
CHRIS SULLIVAN, Individually, and
TIM BOTTERBUSH, Individually,

Defendants.                                                    No. 03-CV-0810-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Defendants' motion to bar testimony of Father Roger Schoenhefen (Doc. 66). Plaintiff opposes the motion (Doc. 73). Said motion is **DENIED**. Any issues as to privilege will be resolved at the appropriate time.

**IT IS SO ORDERED.**

Signed this 4th day of January, 2006.

/s/       David RHerndon
**United States District Judge**