IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTINA A. ARGYROPOULOS,**

**Plaintiff,**

**v.**

**CITY OF ALTON, an Illinois Municipal Corporation, STEVEN DUTY, Individually, CHRIS SULLIVAN, Individually, and TIM BOTTERBUSH, Individually,**

**Defendants.**     No. 03-CV-0810-DRH

## ORDER

**HERNDON, District Judge:**

On January 5, 2006, Defendants filed a motion for summary judgment and a brief in support (Docs. 79 & 80). The brief in support is thirty-three pages. Thereafter, Plaintiff filed an opposition to the motion for summary judgment which is thirty-one pages (Doc. 81). Pursuant to **Local Rule 7.1(d)**, both the memorandum in support and the opposition are in violation of this Court's Local Rules, which provides in part: "No brief shall be submitted which is longer than twenty (20) double-spaced typewritten pages. ... **Requests for additional time and/or pages are not favored**." Therefore, the Court **STRIKES** both the memorandum in support and

the opposition (Docs. 80 & 81).

**IT IS SO ORDERED.**

Signed this 27th day of February, 2006.

/s/        David   RHerndon
**United States District Judge**
