IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTINA A. ARGYROPOULOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-cv-00810-DRH |
| vs. | ) | |
| | ) | |
| THE CITY OF ALTON, STEVEN DUTY, CHRIS SULLIVAN and TIM BOTTERBUSH, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Cause comes on Motion to File Memorandum in Support of Summary Judgment Instanter, and the Court, being fully advised in the premises, grants defendants leave to exceed the page limitation provided by local rule and allows defendants to file their Memorandum in Support of Summary Judgment instanter.

SO ORDERED.

February 28, 2006         /s/     David   RHerndon
                    United States District Judge