IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHRISTINA A. ARGYROPOULOS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No.: 03-810-DRH ) |
| CITY OF ALTON POLICE DEPARTMENT, et al., | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is plaintiff's second motion to compel defendants to produce an assorted list of discovery responses. **(Doc. 61).**

Plaintiff's motion does not reveal that efforts have been made to resolve this matter without Court intervention, as required by Federal Rule of Civil Procedure 37(d). Plaintiff has also not identified when the discovery requests at issue were propounded, or any other details pertinent to analyzing whether the motion has any merit. Defendants' response to the subject motion highlights why Rule 37(d) requires the parties to attempt to resolve their discovery disputes prior to seeking Court intervention. Defendants indicate that there is apparent room for compromise on some issue, and other issues may now be moot. **(Doc. 65).**

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 61)** is **DENIED**.

**IT IS SO ORDERED.**

DATED: March 8, 2006               s/ Clifford J. Proud
                                   **CLIFFORD J. PROUD**
                                   **U. S. MAGISTRATE JUDGE**