IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHRISTINA A. ARGYROPOULOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No.: 03-810-DRH |
| ) | |
| CITY OF ALTON POLICE DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the defendants' motion to compel plaintiff to answer supplemental interrogatories propounded on or about April 20, 2005.  **(Doc. 64).** According to defendants, these interrogatories stemmed from new issues raised in the amended complaint, but the interrogatories went unanswered after plaintiff's third attorney withdrew from the case, and now her fifth attorney has objected to the interrogatories.

Although defendants have supplied the Court with copies of plaintiff's objections, defendants' motion does not reveal that efforts have been made to resolve this matter without Court intervention, as required by Federal Rule of Civil Procedure 37(d).

**IT IS THEREFORE ORDERED** that defendants' motion to compel **(Doc. 64)** is **DENIED**.

**IT IS SO ORDERED.**

DATED: March 8, 2006            s/ Clifford J. Proud
                                CLIFFORD J. PROUD
                                U. S. MAGISTRATE JUDGE