IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CHRISTINA A. ARGYROPOULOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No.: 03-810-DRH |
| ) | |
| CITY OF ALTON POLICE DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is plaintiff's second motion to compel defendants to respond to an assortment of discovery requests. **(Doc. 69).**

Plaintiff's motion does not contain the required certification that efforts have been made to resolve this matter without Court intervention, as required by Federal Rule of Civil Procedure 37(d). Furthermore, defendants' response to the subject motion indicates efforts to resolve this discovery dispute may, at least in part, be fruitful.

Finally, the Court cannot help but notice that plaintiff's motion relies on 15 cases, none of which are controlling precedents.

**IT IS THEREFORE ORDERED** that plaintiff's second motion to compel **(Doc. 69)** is **DENIED**.

**IT IS SO ORDERED.**

DATED: March 8, 2006         s/ Clifford J. Proud
                             **CLIFFORD J. PROUD**
                             **U. S. MAGISTRATE JUDGE**