IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTINA A. ARGYROPOULOS,**

**Plaintiff,**

**v.**

**CITY OF ALTON, an Illinois Municipal
Corporation, STEVEN DUTY, Individually,
CHRIS SULLIVAN, Individually, and
TIM BOTTERBUSH, Individually,**

**Defendants.**                                  No. 03-CV-0810-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's motion for leave to file supplemental authority (Doc. 103). Motions of this nature can only be characterized as "no brainers." What court would disregard a decision of the United States Supreme Court that is remotely related to the subject matter of the case at bar? So, there is no reason to wait for a response from Defendant. Whether it controls has yet to be determined and this order is not dispositive of that question. However, the motion is **GRANTED**.

**IT IS SO ORDERED.**

Signed this 27th day of June, 2006.

/s/      David RHerndon
**United States District Judge**