**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**CHRISTINA A. ARGYROPOULOS,**

**Plaintiff,**

**v.**

**CITY OF ALTON, an Illinois Municipal**
**Corporation, STEVEN DUTY, Individually,**
**CHRIS SULLIVAN, Individually, and**
**TIM BOTTERBUSH, Individually,**

**Defendants.**                                         **No. 03-CV-0810-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's motion for hearing on equitable relief (Doc. 104).  Said motion is **DENIED**.  The Court is not going to try this case twice.  It will hear the evidence at the same time the jury does.

**IT IS SO ORDERED.**

Signed this 27th day of June, 2006.

<u>/s/          David  RHerndon</u>
**United States District Judge**