# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTINA A. ARGYROPOULOS,**

    **Plaintiff,**

v.                                     **CIVIL ACTION NO. 03-CV-810 DRH**

**CITY OF ALTON, an Illinois Municipal
Corporation; STEVEN DUTY, individually;
CHRIS SULLIVAN, individually; and
TIM BOTTERBUSH, individually,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendants' Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the Motion is **GRANTED** and the Plaintiff's Second Amended Complaint is **DISMISSED with prejudice**. Summary Judgment is entered in favor of Defendants **CITY OF ALTON, STEVEN DUTY, CHRIS SULLIVAN and TIM BOTTERBUSH** and against Plaintiff **CHRISTINA A. ARGYROPOULOS**. --------------------

                                                          **NORBERT G. JAWORSKI, CLERK**

September 29, 2006                          BY:    /s/Patricia Brown
                                                                            Deputy Clerk

APPROVED: /s/  David  RHerndon
               **U.S. DISTRICT JUDGE**